IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 173 MISC

Brian John Colombana - #238272

_____/

### ORDER TO SHOW CAUSE

It appearing that Brian John Colombana has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective June 20, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 20, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Brian John Colombana
22600 Lambert St Ste 908C
Lake Forest, CA 92630